This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports. Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions. Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-39615**

**CHRISTEE T. STREETT,**

Plaintiff-Appellant,

v.

**JOCK FINLEY,**

Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF TORRANCE COUNTY**
**Shannon Murdock, District Judge**

Christee T. Streett
Albuquerque, NM

Pro Se Appellant

John V. Nilan, LLC
John V. Nilan
Albuquerque, NM

for Appellee

## MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Summary reversal in part and summary affirmance in part was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary reversal in part and summary affirmance in part has been filed, and the time for doing so has expired. **REVERSED IN PART, AFFIRMED IN PART.**

**{2}** **IT IS SO ORDERED.**

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**MEGAN P. DUFFY, Judge**

**ZACHARY A. IVES, Judge**